## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

August 17, 2021

Via ECF Filing

Hon. Vernon S. Broderick
United States District Judge
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/18/2021

Re: United States v. Maria Lopez
20 Cr. 493 (VSB)

Dear Judge Broderick:

    I represent Maria Lopez in the above-referenced matter. We have agreed to a briefing schedule with the Government that our motions, if any, will be due by November 1, 2021 and the Government's opposition will be due by November 22, 2021.

    Thank you for the Court's consideration in this matter.

Respectfully submitted,

/s/ John F. Kaley

John F. Kaley

cc: AUSA Daniel Nessim
    AUSA Nicholas Chiuchiolo
    (both via email)