# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

October 25, 2021

**Via ECF Filing**
Hon. Vincent S. Broderick
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *United States v. Maria Lopez*
    20 Cr. 493 (VSB)

Dear Judge Broderick:

I represent Maria Lopez in the above-referenced matter. At her presentment, Ms. Lopez was released on bail consisting principally of a $200,000 PRB co-signed by 3 financially responsible persons, surrender of travel documents and with travel limited to the EDNY, SDNY, Middle District of Florida (where she presently resides) and points in between for transit only. Ms. Lopez has been in full compliance with the conditions of her release. By Order dated April 21, 2021, the Court modified Ms. Lopez's travel limits to include the Middle District of Pennsylvania to accommodate Ms. Lopez's need for delicate surgery by a surgeon whom she had located in that area and who was willing to perform the surgery. Ms. Lopez and her family then moved to Pennsylvania, where Ms. Lopez had the surgery and rehabilitated.

Ms. Lopez and her family now would like to move back to the Orlando Florida area, where, other than for her immediate family, most of her family resides.

I write now to request that Ms. Lopez be permitted to move back to the Orlando area and resume Pretrial supervision in the Eastern District of Florida. She and her family have rented a home in the area and expect to relocate within the next several days on or about November 4, 2021.

Accordingly, I respectfully request that Ms. Lopez be permitted to return to the Orlando area and that her Pretrial supervision be resumed in the Middle District of Florida. Neither the

Hon. Vincent S. Broderick                 2                              October 25, 2021

Government nor Pretrial Services objects to this request. Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley

cc: AUSA Daniel Nessim
    Pretrial Services Myrna Carrington
    (both via email)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/28/2021