# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Dated: February 20, 2024

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

February 20, 2024

**Via ECF Filing**
Hon. Vincent S. Broderick
United States District Judge
500 Pearl Street
New York, New York 10007

Re: United States v. Maria Lopez
20 Cr. 493 (VSB)

Dear Judge Broderick:

I represent Maria Lopez in the above-referenced matter. At her presentment, Ms. Lopez was released on bail consisting principally of a $200,000 PRB co-signed by 3 financially responsible persons, surrender of travel documents and with travel limited to the EDNY, SDNY, Middle District of Florida (where she presently resides) and points in between for transit only. Ms. Lopez has been in full compliance with the conditions of her release. Last week, Ms. Lopez pleaded guilty to misprison before the Court in full satisfaction of the charges against her and her bail conditions were continued pending sentencing.

I write now to request a brief modification of Ms. Lopez's bail conditions to permit her to travel to Puerto Rico later this evening, February 20, 2024 and returning from Puerto Rico to her home in Orlando by Friday, February 23, 2024. The reason for this request is that the mother of Ms. Lopez's husband passed away in Puerto Rico on Sunday morning and Ms. Lopez would like to accompany her husband to the funeral services and burial in Puerto Rico.

Neither the Government nor Pretrial Services objects to this request. Thank you for the Court's consideration of this request.

Respectfully submitted,
/s/
John F. Kaley

cc: AUSA Rushmi Baskaran
    Pretrial Services Officer Ebony Henderson
    (both via email)