# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

May 16, 2024

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 05/17/2024

**Via ECF Filing**
Hon. Vernon S. Broderick
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *United States v. Maria Lopez*
    20 Cr. 493 (VSB)

Dear Judge Broderick:

    I represent Maria Lopez in the above-referenced matter. At her presentment, Ms. Lopez was released on bail consisting principally of a $200,000 PRB co-signed by 3 financially responsible persons, surrender of travel documents and with travel limited to the EDNY, SDNY, Middle District of Florida (where she presently resides) and points in between for transit only. Ms. Lopez has been in full compliance with the conditions of her release. On February 14, 2024, Ms. Lopez pleaded guilty to misprision before the Court in full satisfaction of the charges against her and her bail conditions were continued pending sentencing. Her sentencing presently is scheduled for June 21, 2024.

    I write now to request a brief modification to Ms. Lopez's bail conditions to permit her to travel from her home in Orlando, Florida to Austin, Texas so that she might attend her stepson's high school graduation. Ms. Lopez would leave Orlando on May 23, 2024 and return to Orlando on May 27, 2024. If permission is granted, Ms. Lopez will advise her pretrial officer of her travel arrangements and accommodations in Texas.

I have communicated with both AUSA Mead and Pretrial Officer Henderson regarding this bail modification and neither the Government nor Pretrial Services objects to this request.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ J. F. Kaley*

John F. Kaley

cc: AUSA Daniel Nessim
    AUSA Kevin Mead
    Pretrial Services Officer Ebony Henderson
    (all via ECF)