UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA                         :
:
:
:
:         20-CR-493 (VSB)
            -v-                                                  :
:         **ORDER**
:
MARIA LOPEZ,                                          :
:
                                    Defendant.     :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Due to the court's conflicting trial schedule, it is hereby:

ORDERED that the sentencing currently scheduled for September 27, 2024, at 11:00 a.m. is rescheduled for December 6, 2024, at 11:00 a.m.

SO ORDERED.

Dated:  September 16, 2024
            New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge