# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 11/15/2024

The sentencing scheduled for December 6, 2024, is hereby adjourned to January 29, 2025 at 2:00 PM.

**Via ECF Filing**
Hon. Vernon S. Broderick
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *United States v. Maria Lopez*
20 Cr. 493 (VSB)

Dear Judge Broderick:

I represent Maria Lopez in the above-referenced matter. Sentencing of Mr. Lopez presently is scheduled for December 6, 2024 at 10:00 a.m. I write now with the consent of the Government (per AUSA Kevin Mead) to request that sentencing be adjourned to the last week of January, 2025, (but not January 30th or 31st) if that is convenient for the Court.

I have discussed adjourning the sentencing with Ms. Lopez. She consents to the adjournment. The reason for this request is that I have been addressing certain family medical issues and simply have not had the time to prepare a thorough sentencing submission on Ms. Lopez's behalf.

Thank you for the Court's consideration of this request.

Respectfully submitted,

[signature]

John F. Kaley

cc: AUSA Kevin Mead
    Probation Officer Taylor Smarra
    Pretrial Services Officer Ebony Henderson
    (via ECF)